IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 6 2023
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| MICKLE J. ROGERS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:23-CV-00065-LY |
| | § | |
| QUESTSPECIALTY CORPORATION, | § | |
| DEFENDANT. | § | |

### ORDER CLOSING CASE

Before the court is the above entitled cause. On April 5, 2023, Plaintiff filed a Notice of Dismissal (Doc. #7), informing the court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff wishes to dismiss his claims against Defendant with prejudice to refiling. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _6th_ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE